UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY L. SABIN, et al. | |
| Plaintiffs, | Case No. 1:14-cv-296 |
| v. | Honorable Paul L. Maloney |
| STEVEN KARBER, et al., | **JUDGMENT** |
| Defendants. | |

In accordance with the Opinion filed this date:

IT IS ORDERED that plaintiffs' requests for declaratory relief are DISMISSED AS MOOT.

IT IS ORDERED that defendants' motion for summary judgment (ECF 73) is GRANTED and judgment is hereby entered in favor of defendants on all plaintiffs' federal claims.

The Court, in its discretion, declines to exercise supplemental jurisdiction over plaintiffs' purported state-law claims.

Dated: September 20, 2017         /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge